Argued and submitted November 19, affirmed as modified May 4, 1981

## In the Matter of the Marriage of

### HECK,
*Respondent,*
*and*
### HECK,
*Appellant.*

### (No. D79-2245, CA 18439)

627 P2d 521

John C. Babin, Brookings, argued the cause for appellant. With him on the brief was Coutrakon, Hoselton & Babin, Brookings.

Daniel W. Seitz, Roseburg, argued the cause for respondent. With him on the brief was Anderson, Cegavske & Seitz, Roseburg.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

**PER CURIAM**

On appeal, husband challenges the trial court's award of $600 as attorney fees to wife. No evidence as to attorney fees was presented at the hearing, however, the parties stipulated that the court could award attorney fees based on affidavits. Wife failed to file an affidavit and, therefore, the award of attorney fees to her must be stricken. *Fery and Fery,* 20 Or App 581, 532 P2d 1131 (1975).

The record does not support husband's other contentions.

Affirmed as modified. No costs to either party.